## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Case 1:18-cr-00270** |
| | : | **Assigned To: Judge Dabney L. Friedrich** |
| | : | **Date Assigned: 09/4/2018** |
| | : | **Description: INFORMATION (A)** |
| | : | |
| **v.** | : | **18 U.S.C. 1752(a)(1)** |
| | : | **(Entering or Remaining in Restricted** |
| | : | **Building or Grounds)** |
| **MICHAEL COSTELLO HENSLEY,** | : | |
| | : | **22 D.C. Code, Section 3302(b)** |
| **Defendant.** | : | **(Unlawful Entry (Public Property))** |

## INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about September 2, 2018, in the District of Columbia, the defendant, **MICHAEL COSTELLO HENSLEY**, did knowingly enter and remain, and attempt to enter and remain, in a restricted building and grounds, that is, the White House Complex and Grounds, without lawful authority to do so.

(**Entering or Remaining in Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT TWO

On or about September 2, 2018, within the District of Columbia, the defendant, **MICHAEL COSTELLO HENSLEY**, without lawful authority, did enter and attempt to enter certain public property, that is, the White House complex and grounds, to include the restricted area south of the White House along Alexander Hamilton Place, NW, against the will of the lawful occupant thereof and the person lawfully in charge thereof.

(**Unlawful Entry (Public Property)**, in violation of 22 D.C. Code, Section 3302(b) (2001 ed.))

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By:

KENNETH C. KOHL
Dep. Chief, National Security Section
U.S. Attorney's Office
D.C. Bar No. 476-236
ken.kohl@usdoj.gov