AO 442 (Rev. 01/09) Arrest Warrant

10680040

# UNITED STATES DISTRICT COURT
для
District of Columbia

FILED
SEP 05 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

United States of America
v.
MICHAEL COSTELLO HENSLEY

Case No. CR: 18-270 (DLF)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MICHAEL COSTELLO HENSLEY,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☑ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. 1752(a)(1)-- Entering or Remaining in Restricted Building or Grounds

22 D.C. Code, Section 3302(b)-- Unlawful Entry (Public Property)

Date: 09/04/2018

*Issuing officer's signature*

City and state: Washington, D.C.

United States Magistrate Judge Robin M. Meriweather
*Printed name and title*

### Return

This warrant was received on *(date)* 9-5-18, and the person was arrested on *(date)* 9-5-18
at *(city and state)* Washington DC.

Date: 9-5-18

*Arresting officer's signature*

M. Sarvis  DUSM
*Printed name and title*